IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MICKEY DALE SNOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-CV-837 |
| | ) | |
| BERKSHIRE HATHAWAY, INC., GREENSBORO NEWS & RECORD, LLC, DANIEL P. FINNEGAN, and DANIELLE BATTAGLIA, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

It is hereby **ORDERED AND ADJUDGED** that the defendants' motions to dismiss, Docs. 32, 37, are **GRANTED** and this case is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

This the 25th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE